VICTOR A. ROBERTS v. ALDO CERIA et al.—

Concur — Botein, P. J., Breitel, Rabin, Eager and Noonan, JJ.

EDNA DENBERG v. JEROME A. DENBERG.—

Concur — Botein, P. J., Breitel, Rabin, Eager and Noonan, JJ.

THE PEOPLE OF THE STATE OF NEW YORK v. LESLIE WARE.—

Concur — Botein, P. J., Breitel, Rabin, Eager and Noonan, JJ.

THE PEOPLE OF THE STATE OF NEW YORK v. PATRICK BARTONE.—

Concur — Rabin, J. P., Valente, McNally, Eager and Steuer, JJ.

## (September 21, 1961)

In the Matter of the Arbitration between ZURICH INSURANCE COMPANY, Appellant, and GERTRUDE CAMERA, Respondent.—

Concur —
Botein, P. J., Breitel, Rabin, Eager and Noonan, JJ.